construction to broaden the scope and application of a statute" by expanding an agency's liability (*Bender v Jamaica Hosp.*, 40 NY2d 560, 562). (Appeal from Judgment of Supreme Court, Erie County, Glownia, J.—CPLR art 78.) Present—Pigott, Jr., P. J., Wisner, Hurlbutt, Kehoe and Gorski, JJ.

■■ Mark Rappold et al., Individually and as Legal Co-Guardians of David Rappold, Respondents, v Snorac, Inc., Doing Business as Enterprise Rent-A-Car, et al., Appellants. (Appeal No. 1.) [735 NYS2d 456] —Appeals unanimously dismissed without costs (*see, Hughes v Nussbaumer, Clarke & Velzy*, 140 AD2d 988; *Chase Manhattan Bank v Roberts & Roberts*, 63 AD2d 566, 567; *see also*, CPLR 5501 [a] [1]). (Appeals from Order of Supreme Court, Erie County, Burns, J.—Summary Judgment.) Present—Pigott, Jr., P. J., Wisner, Scudder, Kehoe and Lawton, JJ.

■■ Mark Rappold et al., Individually and as Legal Co-Guardians of David Rappold, Respondents, v Snorac, Inc., Doing Business as Enterprise Rent-A-Car, Appellant, et al., Defendants. (Appeal No. 2.) [735 NYS2d 456] —Appeal unanimously dismissed without costs (*see*, CPLR 5501 [a] [1]). (Appeal from Order of Supreme Court, Erie County, Burns, J.—Preclusion.) Present—Pigott, Jr., P. J., Wisner, Scudder, Kehoe and Lawton, JJ.

■■ Mark Rappold et al., Individually and as Legal Co-Guardians of David Rappold, Respondents, v Snorac, Inc., Doing Business as Enterprise Rent-A-Car, Appellant, et al., Defendants. (Appeal No. 3.) [735 NYS2d 457] —Appeal unanimously dismissed without costs (*see*, CPLR 5501 [a] [1]). (Appeal from Order of Supreme Court, Erie County, Burns, J.—Discovery.) Present—Pigott, Jr., P. J., Wisner, Scudder, Kehoe and Lawton, JJ.

■■ Mark Rappold et al., Individually and as Legal Co-Guardians of David Rappold, Respondents, v Snorac, Inc., Doing Business as Enterprise Rent-A-Car, Appellant, et al., Defendants. (Appeal No. 4.) [735 NYS2d 457] —Appeal unanimously dismissed without costs (*see*, CPLR 5501 [a] [1]). (Appeal from Order of Supreme Court, Erie County, Burns, J.—Discovery.) Present—Pigott, Jr., P. J., Wisner, Scudder, Kehoe and Lawton, JJ.

■■ Mark Rappold et al., Individually and as Legal Co-Guardians of David Rappold, Respondents, v Snorac, Inc., Doing Business as Enterprise Rent-A-Car, Appellant, and Laurence A. Trembling et al., Respondents. (Appeal No. 5.)